**DISMISS and Opinion Filed June 7, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-24-00621-CV

## GERARDO ALVIZO, Appellant
## V.
## ANTOINE ROBINSON, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-06931-E**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Carlyle
Opinion by Chief Justice Burns

Appellant has filed a notice of voluntary nonsuit or dismissal. We construe

the notice as a motion to dismiss the appeal, grant the motion, and dismiss the appeal.

*See* TEX. R. APP. P. 42.1(a)(1).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

240621F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GERARDO ALVIZO, Appellant

No. 05-24-00621-CV          V.

ANTOINE ROBINSON, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-23-06931-E.
Opinion delivered by Chief Justice Burns, Justices Molberg and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Antoine Robinson recover his costs, if any, of this appeal from appellant Gerardo Alvizo.

Judgment entered June 7, 2024.